```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-01402-HWV
Kenny Velazquez                                                     Chapter 13
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 2              Date Rcvd: Nov 21, 2018
                              Form ID: pdf010            Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
```
db             +Kenny Velazquez,    30 W Queen Street,    Annville, PA 17003-1829
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +Americredit Financial Services, Inc.Dba GM Financi,    P.O Box 183853,
                 Arlington, TX 76096-3853
5051987        ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington,TX 76096)
5044911        +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,   Arlington, TX 76096-3853
5069251         Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
5065113         Emergency Care Service of PA, P.C.,    PO Box 1123,    Minneapolis, MN 55440-1123
5073722        +Finance of America, LLC,    c/o LoanCare, LLC,    3637 Sentara Way,
                 Virginia Beach, VA 23452-4262
5044914        +Jonestown Bank And Tru,    Po Box 717,    Jonestown, PA 17038-0717
5044915        +Loancare Servicing Ctr,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
5114560        +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
5114561        +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
5044918        +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
5074555        +Penn State Health-Physicians,    PO Box 854,    Hershey PA 17033-0854
5044919        +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044936        +UGI,   PO Box 15503,    Wilmington, DE 19850-5503
5044937         Wellspan Health,    PO Box 742688,    Cincinnati, OH 45274-2688
5052127        +York Hospital,    1001 S George St,    York PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 21 2018 19:13:41
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5044912        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2018 19:13:42      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5044913        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 21 2018 19:14:05
                 Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
5055831        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 21 2018 19:13:41
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
5046812        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 21 2018 19:14:05
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5069511        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2018 19:12:58     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5044916        +E-mail/Text: Bankruptcies@nragroup.com Nov 21 2018 19:13:20     National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
5044935        +E-mail/Text: Supportservices@receivablesperformance.com Nov 21 2018 19:13:15
                 Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
5057053         E-mail/Text: bkrcy@ugi.com Nov 21 2018 19:13:14     UGI Utilities Inc,    PO Box 13009,
                 Reading PA 19605
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
5047467         LoanCare, a Division of FNF Servicing, Inc. N.K.A.
5060835*       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
5044917*       +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
5044920*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044921*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044922*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044923*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044924*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044925*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044926*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044927*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044928*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044929*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044930*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044931*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044932*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044933*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044934*       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
                                                                                    TOTALS: 2, * 17, ## 0
```

```
District/off: 0314-1          User: MMchugh              Page 2 of 2                Date Rcvd: Nov 21, 2018
                              Form ID: pdf010            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:

```
              Ann E. Swartz    on behalf of Creditor    Finance of America, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Raymond M Kempinski    on behalf of Creditor    Finance of America, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Stephen Wade Parker    on behalf of Debtor 1 Kenny  Velazquez Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KENNY VELAZQUEZ

Chapter: 13

Debtor 1 | Case No.: 1-18-01402-HWV

CHARLES J. DEHART, III CHAPTER 13 TRUSTEE
vs.     Movant(s)

KENNY VELAZQUEZ

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: November 21, 2018      By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)

Order Dismissing Case with Parties - Revised 9/17