```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 18-01402-HWV
Kenny Velazquez                                                     Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: MMchugh              Page 1 of 2          Date Rcvd: Dec 18, 2018
                               Form ID: pdf010            Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.
```
db            +Kenny Velazquez,    30 W Queen Street,    Annville, PA 17003-1829
cr            +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                Arlington, TX 76014-4101
cr            +Americredit Financial Services, Inc.Dba GM Financi,    P.O Box 183853,
                Arlington, TX 76096-3853
5051987      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                P.O Box 183853,    Arlington,TX 76096)
5044911       +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
5069251        Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                Carol Stream, IL  60197-5008
5065113        Emergency Care Service of PA, P.C.,    PO Box 1123,    Minneapolis, MN 55440-1123
5073722       +Finance of America, LLC,    c/o LoanCare, LLC,    3637 Sentara Way,
                Virginia Beach, VA 23452-4262
5044914       +Jonestown Bank And Tru,    Po Box 717,    Jonestown, PA 17038-0717
5044915       +Loancare Servicing Ctr,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
5114560       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                Oklahoma City, OK 73118-6051
5114561       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
5044918       +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
5074555       +Penn State Health-Physicians,    PO Box 854,    Hershey PA 17033-0854
5044919       +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044936       +UGI,   PO Box 15503,    Wilmington, DE 19850-5503
5044937        Wellspan Health,    PO Box 742688,    Cincinnati, OH 45274-2688
5052127       +York Hospital,    1001 S George St,    York PA 17403-3645
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 18 2018 19:35:33
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
5044912       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2018 19:36:04      Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5044913       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 18 2018 19:35:36
                Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
5055831       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 18 2018 19:35:33
                Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
5046812       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 18 2018 19:35:33
                Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5069511       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 18 2018 19:27:02      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
5044916       +E-mail/Text: Bankruptcies@nragroup.com Dec 18 2018 19:27:33      National Recovery Agency,
                2491 Paxton St,    Harrisburg, PA 17111-1036
5044935       +E-mail/Text: Supportservices@receivablesperformance.com Dec 18 2018 19:27:25
                Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
5057053        E-mail/Text: bkrcy@ugi.com Dec 18 2018 19:27:24      UGI Utilities Inc,    PO Box 13009,
                Reading PA 19605
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
5047467         LoanCare, a Division of FNF Servicing, Inc. N.K.A.
5060835*      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
5044917*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
5044920*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044921*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044922*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044923*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044924*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044925*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044926*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044927*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044928*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044929*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044930*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044931*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044932*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044933*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
5044934*      +PinnacleHealth,    P.O. Box 826813,    Philadelphia, PA 19182-6813
                                                                                   TOTALS: 2, * 17, ## 0
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:

```
          Ann E. Swartz    on behalf of Creditor   Finance of America, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          Raymond M Kempinski    on behalf of Creditor    Finance of America, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Stephen Wade Parker    on behalf of Debtor 1 Kenny  Velazquez Mooneybkecf@gmail.com,
           wade@swparkerlaw.com;r61895@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kenny Velazquez : CASE NO.: 1:18-bk-01402
      DEBTOR : CHAPTER 13
                                    :
                                    :
                                    :

**ORDER ON DEBTOR'S MOTION TO RECONSIDER AND VACATE ORDER DISMISSING CASE**

UPON CONSIDERATION of Debtor's Motion to Reconsider and Vacate Order Dismissing Case, the Court, after reviewing the pleadings and record, directs the November 21, 2018 Order Dismissing Case is hereby vacated and Debtor's Chapter 13 case is re-instated. Furthermore, the Automatic Stay provisions remain in full force and effect unless and until this Court orders otherwise.

Dated: December 18, 2018            By the Court,

                                                          *[signature]*
                                                   Henry W. Van Eck, Bankruptcy Judge (JH)