IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KENNY VELAZQUEZ | CHAPTER 13 |
| DEBTOR | CASE NO.: 1:18-bk-01402 |

**NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

    Kindly enter my appearance on behalf of Debtor Kenny Velazquez for the above referenced case.

**By: /s/ Nicholas G. Platt**
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Dated: February 8, 2021